UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | |
| v. : | Civil No. 3:03CV1033(SRU) |
| ONE PARCEL OF PROPERTY : LOCATED AT 171 LINCOLN AVENUE, : NEW LONDON, CONNECTICUT, : WITH ALL APPURTENCES AND : IMPORVEMENTS THEREON AND, : | |
| Defendant, : | December 7, 2004 |
| [CLAIMANTS: ROBERT A. VENTURINI, : JR., ESTATE OF EDWIN C. JACKSON, : CITY OF NEW LONDON, LAWRENCE : AND MEMORIAL HOSPITAL, AND : STATE OF CONNECTICUT] : | |

NOTICE OF APPEARANCE

Please enter the appearance of Attorney Anthony R. Basilica as counsel for the Claimant, Robert Venturini in the above-captioned matter.

Respectfully Submitted,

ANTHONY R. BASILICA
COUNSEL FOR ROBERT VENTURINI
37 GRANITE STREET
NEW LONDON, CT 06320
FEDERAL BAR # ct20095