UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV1033(SRU) |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 171 LINCOLN AVENUE, | : | |
| NEW LONDON, CONNECTICUT, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, AND | : | |
| | : | |
| Defendant. | : | March 11, 2005 |
| | : | |
| [CLAIMANTS: ROBERT A. VENTURINI, | : | |
| JR., ESTATE OF EDWIN C. JACKSON, | : | |
| CITY OF NEW LONDON, LAWRENCE | : | |
| AND MEMORIAL HOSPITAL, AND | : | |
| STATE OF CONNECTICUT] | : | |

<u>MOTION TO DISMISS CASE</u>

Plaintiff, United States of America, hereby moves the court to dismiss the above-captioned case, and states as follows:

On June 11, 2003, a Verified Complaint of Forfeiture was filed in the above-captioned action, and a related civil forfeiture action entitled <u>United States v. 62 Cutler Street, New London, Connecticut</u>, Civil No. 3:03CV1033(SRU). The Complaints allege that the Property Defendants were used or intended to be used in any manner or part to commit or to facilitate the commission of a violation of the Controlled Substances Act, 21 U.S.C. §§ 801 <u>et</u> <u>seq</u>.

On January 6, 2005, the parties entered into a Stipulation for Compromise Settlement in both civil-forfeiture cases. Pursuant to the Stipulations, the Claimant, Robert Venturini, Jr. consented to the entry of a Decree of Forfeiture, forfeiting the property located at 62 Cutler Street

to the United States, and the United States agreed, that upon entry of the Decree of Forfeiture as to 62 Cutler Street, it would dismiss the above-captioned case, and record a Release of Lis Pendens on the New London land records for the Property located at 171 Lincoln Avenue.

On February 25, 2005, the Court granted a Decree of Forfeiture, forfeiting the property located at 62 Cutler Street in New London, Connecticut, to the United States of America.  In accordance with the terms of the Stipulation for Compromise Settlement, the United States now moves to dismiss the above-captioned action.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    JOHN B. HUGHES
    CHIEF, CIVIL DIVISION
    ASSISTANT U.S. ATTORNEY
    P.O. BOX 1824
    NEW HAVEN, CT  06508
    (203) 821-3700
    FEDERAL BAR # ct05289

CERTIFICATE OF SERVICE

This is to certify that a copy of the within in and foregoing Motion to Dismiss Case has been mailed, postage prepaid, on this 11th day of March, 2005, to:

Anthony R. Basilica, Esq.
37 Granite Street
New London, CT 06320

Mark Solak, Esq.
Devine & Associates
One Exchange Place, 6th Floor
Waterbury, CT 06702

Gary G. Williams
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141
(Counsel for State of Connecticut)

Brian K. Estep, Esq.
Conway & Londregan, P.C.
38 Huntington Street
New London, CT 06320
(Counsel for City of New London)

Patricia H. Modzelewski, Esq.
Peck & Tuneski, P.C.
10 Pearl Street
P.O. Box 37
New London, CT 06320
(Counsel for the Estate of
E. Barbara Jackson)

Lawrence & Memorial Hospital
Legal Department
365 Montauk Avenue
New London, CT 06320

_____
JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY